Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Charles Phan, State Bar No. 254371
E-Mail: cphan@hurrellcantrall.com
HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendant COUNTY OF RIVERSIDE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| LARISA WASHINGTON; individually and as Successor-in-Interest to THE ESTATE OF RODERICK D. WILLIAMS, Jr., <br><br> Plaintiffs, <br><br> v. <br><br> KOHL'S DEPARTMENT STORES, INC.; COUNTY OF RIVERSIDE AND DOES 1 - 50, inclusive, <br><br> Defendants. | STATE CASE NO.: MCC1900058 [Exempt From Filing Fees Under Gov. Code § 6103] <br><br> FEDERAL CASE NO: <br><br> [STATE: Assigned to Hon. Angel M. Bermudez. Dept. S302 Case Filed: 1/16/19] <br><br> **NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. §1441(A) AND (C) (FEDERAL QUESTION) AND 28 U.S.C. § 1443(C) (CIVIL RIGHTS CASES) ON BEHALF OF DEFENDANT COUNTY OF RIVERSIDE; DECLARATION OF CHARLES PHAN, ESQ.** <br><br> [Filed Concurrently With Notice of Interested Parties] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant COUNTY OF RIVERSIDE hereby removes to federal court the state court action described below.

1. On January 16, 2019, an action was commenced in the Riverside Superior Court, entitled Washington v. Kohl's Department Stores, Inc., et al., Case No. MCC1900058. A copy of the Summons, Complaint, and all Orders of the

1. Riverside County Superior Court, served on defendant COUNTY OF RIVERSIDE concurrently therewith in the state action are collectively attached hereto as Exhibit "A."

2. Defendant COUNTY OF RIVERSIDE was served with the Summons and Complaint on March 12, 2019. *See* Declaration of Charles Phan ("Phan Decl."), ¶ 3.

3. The Complaint and Summons in this case was served on defendant KOHL'S DEPARTMENT STORES, INC. on or about March 11, 2019. *See* Declaration of Charles Phan ("Phan Decl."), ¶ 4.

4. The Complaint filed by plaintiff alleged causes of action based solely under California law.

5. On April 16, 2019, defendant COUNTY OF RIVERSIDE was served with plaintiff's First Amended Complaint, which for the first time, alleged a federal claim for violation of the Fourth Amendment under 42 U.S.C. § 1983. *See* Exhibit "B" to Phan Decl., ¶ 5, a true and correct copy of the First Amended Complaint served upon the COUNTY OF RIVERSIDE and all other documents served concurrently therewith.

6. The First Amended Complaint in this case was served on defendant KOHL'S DEPARTMENT STORES, INC. on or about April 12, 2019. *See* Phan Decl., ¶ 6.

7. Defendant KOHL'S DEPARTMENT STORES, INC. joins in the removal of this matter to the United States District Court for the Central District of California. *See* Phan Decl., ¶ 7.

8. Counsel for the defendant COUNTY OF RIVERSIDE is informed and believe that no other defendants have been served. *See* Phan Decl., ¶ 8. Accordingly, joinder of this notice by the other defendants is unnecessary. *See Salveson v. Western States Bankcard Ass'n,* 731 F.2d 1423, 1429 (9th Cir. 1984), superseded by

-2-
NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. §1441(A) AND (C) (FEDERAL QUESTION) AND 28 U.S.C. § 1443(C) (CIVIL RIGHTS CASES) ON BEHALF OF DEFENDANT COUNTY OF RIVERSIDE; DECLARATION OF CHARLES PHAN, ESQ.

statute on other grounds; *Community Bldg. Co. v. Maryland Casualty Co.*, 8 F.2d 678, 678-679 (9th Cir. 1925).

9. This matter is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 as against defendant, and is one which may be removed to this Court by this defendant pursuant to the provisions of 28 U.S.C. § 1441(a) and (c) and 28 U.S.C. § 1443(2). The plaintiff has filed claims under 42 U.S.C. § 1983, wherein the plaintiff contends that the constitutional rights of the decedent were violated. *See* Exh. "B," First Amended Complaint; Phan Decl., ¶ 9.

10. Plaintiffs also asserts state law claims of negligence – wrongful death; survival action; battery – wrongful death; deprivation of civil rights pursuant to California Civil Code §52.1; and false arrest and false imprisonment. All plaintiff's claims derive from the same operative fact-the alleged wrongful death of decedent RODERICK D. WILLIAMS JR.. When an action originally filed in state court is removed to federal court, the federal tribunal has jurisdiction to determine not only the federal claims, but all pendent state claims which derive "from a common nucleus of operative fact." *United Mine Workers v. Gibbs*, 383 US 715, 725 (1966); *see also* 28 U.S.C. §§ 1367(a) and 1441(c).

11. The Notice of Removal is filed with this Court within 30 days after defendant COUNTY OF RIVERSIDE was personally served with the First Amended Complaint on April 16, 2019. *See* Phan Decl., ¶ 10.

///
///
///
///
///
///
///

12. The Notice of Removal is being filed in this Court and in the Superior Court of the State of California, County of Riverside. *See* Phan Decl., ¶ 11.

DATED: May 8, 2019            HURRELL CANTRALL LLP

By: */S/ - Charles Phan*
THOMAS C. HURRELL
CHARLES PHAN
Attorneys for Defendants COUNTY OF RIVERSIDE

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

-4-
NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. §1441(A) AND (C) (FEDERAL QUESTION) AND 28 U.S.C. § 1443(C) (CIVIL RIGHTS CASES) ON BEHALF OF DEFENDANT COUNTY OF RIVERSIDE; DECLARATION OF CHARLES PHAN, ESQ.

## DECLARATION OF CHARLES PHAN, ESQ.

I, Charles Phan, declare:

1. I am an attorney duly licensed to practice before this Court and am an partner at Hurrell Cantrall LLP, attorneys of record for defendant COUNTY OF RIVERSIDE herein. The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto.

2. I make this declaration in support of defendant COUNTY OF RIVERSIDE's Notice of Removal.

3. I am informed and believe that defendant COUNTY OF RIVERSIDE was served with the Summons and Complaint on March 12, 2019. Attached hereto as **Exhibit "A"** is a true and correct courtesy copy of the Summons and Complaint, as well as all orders that were served on defendant COUNTY OF RIVERSIDE concurrently therewith in the state action.

4. Based on my communications with David Weinberger, Esq. of Chapman, Glucksman, Dean, Roeb & Barger, who I understand will be representing defendant KOHL'S DEPARTMENT STORES, INC. ("Kohl's") in this matter, Kohl's was served with the Summon and Complaint on March 11, 2019.

5. Defendant COUNTY OF RIVERSIDE was served with the First Amended Complaint on April 16, 2019. Attached hereto as **Exhibit "B"** is a true and correct courtesy copy of the First Amended Complaint served on the COUNTY OF RIVERSIDE, and all documents served therewith.

6. Based on my communications with David Weinberger, Esq., his office accepted service of plaintiff's First Amended Complaint on behalf of Kohl's on April 12, 2019.

7. Mr. Weinberger has informed me that Kohl's joins in on defendant COUNTY OF RIVERSIDE's removal of the instant action from the Riverside

-5-
NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. §1441(A) AND (C) (FEDERAL QUESTION) AND 28 U.S.C. § 1443(C) (CIVIL RIGHTS CASES) ON BEHALF OF DEFENDANT COUNTY OF RIVERSIDE; DECLARATION OF CHARLES PHAN, ESQ.

County Superior Court to the United States District Court for the Central District of California.

8. According to the allegations in the complaint, the remaining defendants consist of DEMAJAY WILLIAMS, D.W., a minor by and through her guardian ad litem Desiree Renee Wilson; J.W., a minor by and through her guardian ad litem Danielle Banks; and TAMMY JOHNSON WILLIAMS, who have been named as nominal defendants. I have no information of whether they have been served in this matter.

9. This action is removable as there is federal question jurisdiction because plaintiff has invoked 42 U.S.C. §§ 1983, et seq. as the bases for one of her claims in the First Amended Complaint.

10. The Notice of Removal is filed with this Court within 30 days after defendant COUNTY OF RIVERSIDE was served with the First Amended Complaint on April 16, 2019.

11. The Notice of Removal is being filed in this Court and in the Superior Court of the State of California, County of Riverside.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2019, at Los Angeles, California.

                                         */S/ - Charles Phan*
                                         Charles Phan

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 300 South Grand Avenue, Suite 1300, Los Angeles, California 90071.

On May 8, 2019, I served true copies of the following document(s) described as **NOTICE OF REMOVAL AND REMOVAL OF ACTION UNDER 28 U.S.C. §1441(A) AND (C) (FEDERAL QUESTION) AND 28 U.S.C. § 1443(C) (CIVIL RIGHTS CASES) ON BEHALF OF DEFENDANT COUNTY OF RIVERSIDE; DECLARATION OF CHARLES PHAN, ESQ.**, on the interested parties in this action as follows:

| | |
|---|---|
| Samuel Obi Ogbogu, Esq.<br>Law Offices of Samuel Ogbogu<br>4311 Wilshire Blvd., Ste. 308<br>Los Angeles, CA 90010<br>Phone: (213) 624-1500<br>Fax: (213) 802-2946<br>Email: sogboguinclaw@aol.com | *Attorneys for Plaintiff,*<br>*LARISA WASHINGTON* |
| Peter Nwosu, Esq.<br>Law Offices of Peter Nwosu<br>8383 Wilshire Boulevard, Ste. 845<br>Beverly Hills, CA 90211<br>Phone: (323) 852-4700<br>Fax: (323) 852-4701<br>Email: p_nwosu@hotmail.com | |
| Arthur Chapman, Esq.<br>David A. Weinberger, Esq.<br>Chapman, Glucksman, Dean, Roeb & Barger<br>11900 W. Olympic Boulevard Suite 800<br>Los Angeles, California 90064<br>E-mail: achapman@cgdrblaw.com<br>E-mail: dweinberger@cgdrblaw.com<br>Telephone: (310) 207-7722<br>Facsimile: (310) 207-6550 | *Attorneys for Defendant*<br>*KOHL'S DEPARTMENT STORES, INC.* |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Hurrell Cantrall's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 8, 2019, at Los Angeles, California.

_____
Edilma Olivares

--